IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL RYAN; and TIMI RYAN )
)
v. ) No. 3-10-1134
)
ALLSTATE PROPERTY AND )
CASUALTY COMPANY, INC. )

O R D E R

Pursuant to the order entered February 17, 2011 (Docket Entry No. 12), counsel for the parties called the Court on June 2, 2011, at which time the following matters were addressed:

1. The plaintiffs shall serve responses to the defendant's outstanding written discovery by June 2, 2011.

2. Plaintiffs' counsel advised that he intended to serve written discovery on the defendant by June 3, 2011. Although the February 17, 2011, order provided that written discovery would be served in sufficient time for responses to the written discovery to be in hand by June 15, 2011, the Court found, without objection from the defendant, that, because the written discovery was limited and in light of the fact that the plaintiffs did not intend to take any depositions, the plaintiffs should be permitted to serve the written discovery. However, the Court will grant any motion filed by the defendant, which the plaintiffs will not oppose, for additional time to respond to the plaintiffs' discovery requests.

3. Inasmuch as plaintiffs' counsel advised that he intended to dismiss the bad faith claim and claim under the Tennessee Consumer Protection Act, the parties shall file, by June 3, 2011, an agreed motion and order of those claims.

4. By June 3, 2011, or as soon thereafter as possible, the plaintiffs shall relay a settlement demand to the defendant.

5. Inasmuch as the plaintiffs did not make any expert disclosures by the June 1, 2011, deadline and do not intend to do so, defendant's counsel advised that the defendant would not use experts in this case.

6. Counsel for the parties shall convene a telephone conference call with the Court on **Friday, July 8, 2011, at 3:00 p.m.,** to be initiated by defendant's counsel, to address the status of discovery, the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge