IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL RYAN; and TIMI RYAN )
)
v. ) No. 3-10-1134
)
ALLSTATE PROPERTY AND )
CASUALTY COMPANY, INC. )

O R D E R

As addressed in the telephone conference call with counsel for the parties and the Court on June 2, 2011, and as provided in the order entered June 3, 2011 (Docket Entry No. 21), the parties filed a joint motion for dismissal of the plaintiffs' claims of bad faith and claims under the Tennessee Consumer Protection Act (Docket Entry No. 20), with accompanying proposed agreed order of dismissal (Docket Entry No. 20-1).

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed motion and agreed order.

As reflected in the motion and agreed order, dismissal of the listed claims will not dispose of this action since the plaintiffs' claim for breach of contract remains pending.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge