IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| MICHAEL RYAN and <br> TIMI RYAN, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE PROPERTY AND <br> CASUALTY COMPANY, INC., <br><br> -Defendant. | Case No: 3-10CV-01134 <br><br> U.S. District Judge John Nixon <br><br> U.S. Magistrate Judge Juliette E. Griffin <br><br> JURY DEMAND |

## AGREED ORDER OF DISMISSAL FOR PLAINTIFFS' CLAIMS OF BAD FAITH AND CLAIMS UNDER THE TENNESSEE CONSUMER PROTECTION ACT

Before the Court are Plaintiffs, Michael and Timi Ryan, with a motion to dismiss all claims against Defendant, Allstate Property and Casualty Company, Inc., under TENN. CODE ANN. §56-7-105 for statutory bad faith, and all claims under TENN. CODE ANN. § 47-18-101 through 2704 (2001, as amended), under the Tennessee Consumer Protection Act. The defendant having no objection and being in agreement, this Court find the plaintiffs' motion to be well taken.

IT IS, THEREFORE, ORDERED, that these claims are dismissed with prejudice and are final pursuant to FED.R.CIV.P. 54(b). The remaining claim for breach of contract under the plaintiffs' complaint remains.

SO ORDERED, THIS the 8th day of June, 2011

DISTRICT JUDGE JOHN T. NIXON
U.S. DISTRICT COURT JUDGE