IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL RYAN; and TIMI RYAN )
)
v. ) No. 3-10-1134
)
ALLSTATE PROPERTY AND )
CASUALTY COMPANY, INC. )

O R D E R

By order entered June 3, 2011 (Docket Entry No. 21), a telephone conference call with counsel for the parties and the Court was scheduled on July 8, 2011. However, prior to the scheduled conference call, defendant's counsel called the office of the Magistrate Judge to advise that the parties had reached a settlement in this case.

Therefore, the July 8, 2011, conference call is CANCELLED.

By July 29, 2011, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal to be filed no later than July 29, 2011.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered February 17, 2011 (Docket Entry No. 12), the pretrial conference and trial were scheduled on March 9, 2012, and March 20, 2012, respectively.