IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| MICHAEL RYAN and <br> TIMI RYAN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> ALLSTATE PROPERTY AND <br> CASUALTY COMPANY, INC., <br> <br> Defendant. | Case No: 3-10CV-01134 <br> <br> U.S. District Judge John Nixon <br> <br> U.S. Magistrate Judge Juliette E. Griffin <br> <br> JURY DEMAND |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court are Plaintiffs, Michael and Timi Ryan and Defendant, Allstate Property and Casualty Company, Inc. The Court is advised that these parties have reached a settlement and now wish for all claims of Michael and Timi Ryan against Allstate Property and Casualty Company, Inc. be dismissed with prejudice, with each side to bear its own costs. The defendant having no objection and being in agreement, this Court find the plaintiffs' motion to be well taken.

IT IS, THEREFORE, ORDERED, that all claims by Michael and Timi Ryan against Allstate Property and Casualty Company, Inc. be dismissed with prejudice and are final pursuant to FED.R.CIV.P. 54(b).

SO ORDERED, THIS the 25th day of July, 2011

DISTRICT JUDGE JOHN T. NIXON
U.S. DISTRICT COURT JUDGE